**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIGHTSIDE TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>TTE TECHNOLOGY, INC., and TCL COMMUNICATIONS TECHNOLOGY HOLDINGS LIMITED,<br><br>Defendants. | Civil Action No. 5:19-cv-01458-AG-SP<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS** |

The Court has reviewed the NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS, and it is hereby ORDERED that:

The request is GRANTED.

Lightside Technologies LLC hereby voluntarily dismisses without prejudice all Defendants from this action, with each side bearing their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: January 13, 2020

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE